**Order entered December 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00840-CV**

**IN THE INTEREST OF G.N.D.M., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-03353**

## ORDER

This Court requested Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to provide written notification as to the status of the reporter's record. By letter filed December 12th, Ms. Finkley notified the Court that no record was taken in this case. Accordingly, we **ORDER** the appeal submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's opening brief is due on or before **January 13, 2022**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE